FILED

09/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0016

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| MOORE FAMILY COMPANY and MOORE REVOCABLE LIVING TRUST DATED NOVEMBER 14, 2019,<br><br>       Appellants and Cross-Appellees,<br><br>v.<br><br>TIMOTHY C. KELLY AND MARTHA EVERT KELLY as TRUSTEES of the TIMOTHY C. KELLY AND MARTHA EVERT KELLY REVOCABLE TRUST, U/A/D DECEMBER 8, 2008,<br><br>       Appellees and Cross-Appellants. | Cause No. DA 24-0016<br><br><br><br>**ORDER HOLDING APPEAL IN ABEYANCE** |

Upon review of Appellees and Cross-Appellants' Sixth Unopposed Motion to Hold Appeal in Abeyance and for good cause appearing,

IT IS HEREBY ORDERED that the Court will hold the appeal in abeyance for an additional 31 days, until October 31, 2024. On or before October 31, 2024, counsel will file dismissal paperwork or stipulate to a new briefing schedule.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2024